JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE ROY VAN DYKE,<br><br>    Plaintiff,<br><br>  v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: SACV14-00935-JLS (RNBx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation of Dismissal of Entire Action with Prejudice, IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice in its entirety. Each party shall bear his/its own fees and costs.

**SO ORDERED:**

Date: October 27, 2014

_____
Honorable Josephine L. Staton
United States District Judge

- 1 -

1283903v.1